UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A.G. DESIGN & ASSOCIATES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRAINMAN LANTERN COMPANY, INC., a Washington corporation, d/b/a AMERICAN LANTERN COMPANY, INC.; AMERICAN LANTERN, INC., a foreign corporation; MARCUS MUKAI, individually and as a marital community with JANE DOE MUKAI; G. SCOTT MUKAI; and JOHN DOE DEFENDANTS 1 through 10,<br><br>Defendants. | Case No. C07-5158FDB<br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR RECONSIDERATION |

Defendant Trainman Lantern Company, Inc. moves for reconsideration of this Court's preliminary injunction order entered July 3, 2007. The following briefing schedule is set:

IT IS ORDERED:

1. Plaintiff A.G. Design & Associates, LLC shall file a response to the motion for reconsideration by Friday, August 24, 2007;

2. Defendants' Reply is due Friday, September 14, 2007.

DATED this 23rd day of July, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1