UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

A.G. DESIGN & ASSOCIATES, LLC, a
Washington limited liability company,

        Plaintiff,

    v.

TRAINMAN LANTERN COMPANY, INC.,
*et al.*,

        Defendants.

Case No. C07-5158FDB

ORDER GRANTING
RECONSIDERATION

       This matter comes on for reconsideration of that part of the Court's order of September 4, 2007 granting reconsideration that prevents the parties from marketing their lanterns until the matter of infringement is resolved. The Court agrees that since this Court has concluded that A.G. Design demonstrated that it was entitled to injunctive relief and that it made a strong showing that the Accused Device likely infringes the patent in issue, there are no grounds to order Plaintiff to cease marketing its lanterns, which is the subject of a valid patent. Paragraph 3 of the Court's September 4, 2007 order must be amended. ACCORDINGLY,

       IT IS ORDERED: Plaintiff's Motion for Reconsideration [Dkt. # 67] is GRANTED and the following modification to Item # 3 on page 2 of the Court's September 4, 2007 Order is modified to

ORDER - 1

1   read as follows:

2       Defendant may not market its lantern that is the subject of this lawsuit until the

3   infringement issue has been resolved and the injunction has been lifted.

4

5       DATED this 6th day of September, 2007.

6

7       /s/ Franklin D. Burgess

8       FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

26  ORDER - 2