UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A.G. DESIGN & ASSOCIATES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRAINMAN LANTERN COMPANY, INC., a Washington corporation, d/b/a AMERICAN LANTERN COMPANY, INC.; AMERICAN LANTERN, INC., a foreign corporation; MARCUS MUKAI, individually and as a marital community with JANE DOE MUKAI; G. SCOTT MUKAI; and JOHN DOE DEFENDANTS 1 through 10,<br><br>Defendants. | Case No. C07-5158FDB<br><br>ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION |

Defendants move for reconsideration of the Court's September 6, 2007 Order to lift the prohibition on Defendants' ability to market their lantern. The Court is not persuaded to amend its order. ACCORDINGLY,

IT IS ORDERED: Defendants' Motion for Reconsideration [Dkt. # 72] is DENIED.

DATED this 24th day of September, 2007.

_signature_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDG

ORDER - 1