UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A.G. DESIGN & ASSOCIATES, LLC, a Washington limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>TRAINMAN LANTERN COMPANY, INC., a Washington corporation, d/b/a AMERICAN LANTERN COMPANY, INC.; AMERICAN LANTERN, INC., a foreign corporation; MARCUS MUKAI, individually and as a marital community with JANE DOE MUKAI; G. SCOTT MUKAI; and JOHN DOE DEFENDANTS 1 through 10,<br><br>   Defendants. | Case No. C07-5158FDB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT |

  Plaintiff moves to amend its Complaint to dismiss the state law causes of action (unfair competition, breach of contract, tortious interference with Plaintiff's business relations, violation of Washington's Consumer Protection Act, and conversion of Plaintiff's confidential information and trade secrets). Plaintiff has filed a complaint in Island County Superior Court asserting the aforementioned state law claims against the defendants in this case. Defendant opposes the motion asserting undue delay, bad faith, and undue prejudice to the defendants.

ORDER - 1

1   This matter is currently on appeal to the Federal Circuit, and this Court is divested of
2   jurisdiction to grant any such relief to Plaintiff.  ACCORDINGLY,
3   IT IS ORDERED: Plaintiff's Motion To File Amended Complaint [Dkt. # 69] is DENIED.
4   DATED this 24th day of September, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2