UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A.G. DESIGN & ASSOCIATES, LLC, a Washington Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAINMAN LANTERN COMPANY, INC., a Washington Corporation, d/b/a AMERICAN LANTERN COMPANY, INC., a Foreign Corporation; MARCUS MUKAI, individually and as a marital community with JANE DOE MUKAI; G. SCOTT MUKAI; and JOHN DOE DEFENDANTS 1 THROUGH 10.<br><br>Defendants. | No. C07-5158RBL<br><br>ORDER GRANTING PLAINTIFF A.G. DESIGN'S MOTION TO AMEND |

This matter is before the court on Plaintiff A.G. Design's Motion to Amend. (Dkt. #125). This is a patent infringement case but the Plaintiff also asserted state law claims of unfair competition, breach of contract, interference with business relations, and violation of the Washington Consumer Protection Act. The Plaintiff requests to leave amend its complaint to add an additional state law claim of misappropriation under RCW 19.108 *et. seq.*, and an additional federal claim for trade dress infringement under 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

Because the Court has continued the trial date for January 12, 2009, and the parties have conducted limited discovery in this case, there is no prejudice to the Defendants in allowing amendment. The Court hereby GRANTS the Plaintiff's Motion to Amend (Dkt #125). Defendants are granted leave to file its

1 | Amended Answer.
2 |     IT IS SO ORDERED.
3 |     DATED this 12th day of May, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE