HONORABLE RONALD B. LEIGHTON

07-CV-05158-ORD



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A.G. DESIGN & ASSOCIATES, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TRAINMAN LANTERN COMPANY, INC., a Washington Corporation, d/b/a AMERICAN LANTERN COMPANY, INC.; AMERICAN LANTERN, INC., a Foreign Corporation; MARCUS MUKAI, individually and as a marital community with JANE DOE MUKAI; G. SCOTT MUKAI; and JOHN DOE DEFENDANTS 1 THROUGH 10.<br><br>Defendants. | NO. CV07-5158 RBL<br><br>ORDER GRANTING DEFENDANTS A.G. DESIGN & ASSOCIATES, LLC, ALLEN HERRINGTON, SHELLY WALLENBERG, AND VICTOR SANSALONE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON FALSE MARKING CLAIMS |
| MARCUS MUKAI,<br><br>Plaintiff,<br><br>v.<br><br>A.G. DESIGN & ASSOCIATES, LLC, a Washington State Limited Liability Company; SHELBY COUNTY COMMUNITY SERVICES, INC., an Illinois State | |

ORDER GRANTING DEFENDANTS A.G.
DESIGN & ASSOCIATES, LLC, ALLEN
HERRINGTON, SHELLY WALLENBERG,
AND VICTOR SANSALONE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT (CV07-
5158 RBL) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

| | Corporation, doing business in the State of Washington; ALLEN HERRINGTON, and the marital community thereof; SHELLY WALLENBERG, and the marital community thereof; and VICTOR SANSALONE, and the marital community thereof, |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| | Defendants. |

THIS MATTER having come on regularly before this Court on Defendants A.G. Design & Associates, LLC, Allen Herrington, Shelly Wallenberg, and Victor Sansalone's Motion for Partial Summary Judgment, the parties appearing by and through counsel, the Court having reviewed the pleadings and files in this matter, specifically including the following:

1. Defendants A.G. Design & Associates, LLC, Allen Herrington, Shelly Wallenberg, and Victor Sansalone's Motion for Partial Summary Judgment on False Marking Claims;

2. Declaration of Allen Herrington In Support of Motion for Partial Summary Judgment on False Marking Claims, with exhibits;

3.

having heard the argument of counsel; and being otherwise fully advised in this matter;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants A.G. Design & Associates, LLC, Allen Herrington, Shelly Wallenberg, and Victor Sansalone's Motion for Partial Summary Judgment is GRANTED. Any claims for false marking in violation of 35 U.S.C. § 292 that occurred prior to October 11, 2002 and any claims for false marking of rechargeable batteries are hereby dismissed with prejudice as a matter of law.

/ / /

ORDER GRANTING DEFENDANTS A.G. DESIGN & ASSOCIATES, LLC, ALLEN HERRINGTON, SHELLY WALLENBERG, AND VICTOR SANSALONE'S MOTION FOR PARTIAL SUMMARY JUDGMENT (CV07-5158 RBL) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

DONE IN OPEN COURT/CHAMBERS this 4th day of September, 2008.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

CHRISTIE LAW GROUP, PLLC

By /s/ Robert L. Christie
ROBERT L. CHRISTIE, WSBA #10895
THOMAS P. MILLER, WSBA #34473
Attorneys for Defendants
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Telephone: (206) 957-9669
FAX: (206) 352-7875
Email: bob@christielawgroup.com

ORDER GRANTING DEFENDANTS A.G.
DESIGN & ASSOCIATES, LLC, ALLEN
HERRINGTON, SHELLY WALLENBERG,
AND VICTOR SANSALONE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT (CV07-
5158 RBL) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669