UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

A.G. DESIGN & ASSOCIATES, LLC, a
Washington Limited Liability Company,

                Plaintiffs,

       v.

TRAINMAN LANTERN COMPANY, INC.,
a Washington Corporation d/b/a AMERICAN
LANTERN COMPANY, INC.; AMERICAN
LANTERN, INC., a Foreign Corporation;
MARCUS MUKAI, individually and as a
marital community with JANE DOE MUKAI;
G. SCOTT MUKAI; AND JOHN DOE
DEFENDANTS 1 THROUGH 10,

            Defendants.

Case No. 07-05158 RBL

ORDER DENYING WITHOUT
PREJUDICE PLAINTIFF'S MOTION
FOR ATTORNEYS' FEES AND COSTS

THIS MATTER is before the Court upon Plaintiff's Motion for Attorneys' Fees and Costs. [Dkt. # 164]. For the reasons stated below, Plaintiff's Motion for Attorneys' Fees and Costs is DENIED WITHOUT PREJUDICE.

## I.    DISCUSSION

Plaintiff A.G. Design & Associates request attorneys' fees and costs under the April 1, 2003 Agreement. The agreement states that "[i]f any suit or other proceeding is instituted by either party pertaining to [the] Agreement or the performance [thereunder], the prevailing party, in addition to other relief as might be awarded, shall be entitled to costs, expenses and reasonable attorney's fees." [Dkt. # 6, Exhibit B]. Plaintiff argues that because the Court ruled as a matter of law that Defendant Marcus Mukai breached the covenant not to compete contained in the April 1 Agreement, the Court should award attorneys' fees and costs incurred

in order to prevail on summary judgment.

The Court will entertain requests for attorneys' fees and costs under the Agreement and upon any other basis at the conclusion of this case. The Plaintiff's Motion for Attorneys' Fees and Costs at this stage is therefore DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated this 14th day of October, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE