**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| A.G. DESIGN & ASSOCIATES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TRAINMAN LANTERN COMPANY, INC., a Washington corporation, et al.,<br><br>Defendants. | No. 07-5158 RBL<br><br>STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS AGAINST SHELBY COUNTY COMMUNITY SERVICES |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Marcus Mukai ("Mukai"), and Trainman Lantern Company, Inc. ("TLC"), acting through their attorney of record, Jefferson Coulter, and defendant Shelby County Community Services ("Shelby County"), acting through its attorneys of record, Bucknell, Stehlik, Sato & Stubner LLP and Andrea Orth, that Mukai and TLC's claims against the Shelby County should be dismissed with prejudice and without costs. Mukai and TLC agreed to voluntarily dismiss Shelby County, with prejudice, at the court-ordered settlement conference with Judge Strombom, which took place on October 9, 2008. This stipulation and the subjoined seek to effectuate that agreement.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST SHELBY COUNTY - 1**

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

SO STIPULATED on October 15, 2008:

BUCKNELL STEHLIK SATO & STUBNER, LLP

    /s/ Andrea D. Orth
Andrea D. Orth, WSBA # 24355
of Attorneys for Shelby County Community Services

and

JEFFERSON COULTER, PLLC

    /s/ Jefferson Coulter
Jefferson Coulter, WSBA #    28947
of Attorneys for Marcus Mukai and Trainman Lantern Company, Inc.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST SHELBY COUNTY - 2**

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

H:\ORDERS\AG Design Stipulated Order for Dismissal with Prejudice.doc

# ORDER

THIS MATTER comes before the undersigned Judge of the above entitled court, after completion of a court ordered settlement conference. Based upon the foregoing Stipulation, now, therefore,

IT IS HEREBY ORDERED that all claims by Mukai and/or TLC against Shelby County are hereby dismissed with prejudice and without costs to any party.

DATED this 17th day of October.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST SHELBY COUNTY - 3**

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

H:\ORDERS\AG Design Stipulated Order for Dismissal with Prejudice.doc