HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A.G. DESIGN & ASSOCIATES, LLC, a Washington Limited Liability Company,<br><br>                Plaintiff,<br><br>v.<br><br>TRAINMAN LANTERN COMPANY, INC., a Washington Corporation, d/b/a AMERICAN LANTERN COMPANY, INC.; et al.,<br><br>                Defendants. | NO. C07-5158 RBL<br>NO. C07-1662 RBL<br><br>**Order Granting Defendants' Counsel of Records Motion to Withdraw** |

Having considered the Defendants' counsel of records Motion to Withdraw on December 12, 2008, supported by his declaration in support of the motion, and being fully advised in the premises, the Court finds that representation of Defendants has become unreasonably difficult and financially burdensome and other good cause exists, and it is hereby ORDERED that Jefferson Coulter, and his former associates Shannon M. Whitemore and Julie C. Wiediger, be allowed to withdraw as counsel for Defendants.

IT IS SO ORDERED this 16th day of December, 2008.

                                                          _____

                                                          RONALD B. LEIGHTON
                                                          UNITED STATES DISTRICT JUDGE

[Proposed] Order granting withdraw