UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A.G. DESIGN & ASSOCIATES, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TRAINMAN LANTERN COMPANY, INC., et al.<br><br>Defendants. | No. C07-5158RBL<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR SANCTIONS |

This matter is before the Court on Plaintiff's Second Motion for Contempt and Imposition of Rule 37(b) sanctions [Dkt. # 215]. The Motion is DENIED without prejudice. If the Court's prior sanction is not paid by the entities against whom it was ordered, by the commencement of trial, the court will address at that time any appropriate further sanction.

IT IS SO ORDERED.

DATED this 4th day of March, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER  1