HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A.G. DESIGN & ASSOCIATES, LLC, a Washington Limited Liability Company,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>TRAINMAN LANTERN COMPANY, INC., a Washington Corporation, d/b/a AMERICAN LANTERN COMPANY, INC.; AMERICAN LANTERN, INC., a Foreign Corporation; MARCUS MUKAI, individually and as a marital community with JANE DOE MUKAI; G. SCOTT MUKAI; and JOHN DOE DEFENDANTS 1 THROUGH 10.<br><br>　　　　　　　　　　Defendants. | NO.　CV07-5158 RBL<br><br>ORDER ON PLAINTIFF'S MOTIONS IN LIMINE |

THIS MATTER having come on regularly before this Court on Plaintiff's Motions in Limine, the Court having reviewed the pleadings and files in this matter, rules as follows:

1.　Any Evidence Relating to Claims or Counterclaims Dismissed on Summary Judgment.

ORDER ON PLAINTIFF'S MOTIONS IN LIMINE (CV07-5158 RBL) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Granted  X     Denied _____     Reserved _____

_____
_____
_____
_____

2. Any Evidence or Argument That the April 1, 2003 Agreement is Invalid or Unenforceable.

Granted  X     Denied _____     Reserved _____

_____
_____
_____
_____

3. Any Evidence or Argument Regarding Defendants' Financial Condition or Ability to Pay.

Granted  X     Denied _____     Reserved _____

_____
_____
_____
_____

4. Any Evidence Not Produced in Discovery or Pursuant to Rule 26.

Granted _____    Denied _____    Reserved __X__

_____

_____

_____

_____

5. Any Reference to Motions in Limine.

Granted __X__    Denied _____    Reserved _____

_____

_____

_____

_____

DATED this 5th day of March, 2009.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ON PLAINTIFF'S MOTIONS IN
LIMINE (CV07-5158 RBL) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1 | Presented by:

2 | CHRISTIE LAW GROUP, PLLC

3 |

4 | By     /s/ Robert L. Christie
     ROBERT L. CHRISTIE, WSBA # 10895
5 |    THOMAS P. MILLER, WSBA #34473
     Attorney for Plaintiff
6 |   2100 Westlake Avenue N., Suite 206
     Seattle, WA  98109
7 |   Telephone:  (206) 957-9669
     Fax:  (206) 352-7875
8 |   Email: bob@christielawgroup.com

ORDER ON PLAINTIFF'S MOTIONS IN LIMINE (CV07-5158 RBL) - 4